IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD A. CHICHAKLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARK LANE TOWNHOMES )<br>HOMEOWNERS ASSOCIATION and )<br>THE PRINCIPAL MANAGEMENT GROUP )<br>OF NORTH TEXAS–ASSOCIATION, )<br>)<br>Defendants. ) | Civil Action No. 3:21-CV-1795-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendants' Motion to Dismiss should be granted.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff has filed timely objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Defendants' Motion to Dismiss be **GRANTED**. Accordingly, Plaintiff's federal claims are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). Additionally, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and said claims are **DISMISSED** without prejudice.

SO ORDERED.

Dated February 22, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE